IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| VISEON, INC.<br><br>Plaintiff,<br><br>v.<br><br>TANDBERG ASA,<br>(a Norwegian Company);<br>TANDBERG INC.; and<br>NV HOLDINGS, INC;<br><br>Defendants. | ) | Civil Action No. 01-CV-826 JMR/FLN<br><br>JURY TRIAL DEMANDED |

**AMENDED**
**PRETRIAL SCHEDULE**

It is hereby ordered that the pretrial schedule in this case be modified as follows:

Discovery/Non-Dispositive Motions

a. All discovery shall be commended in time to be completed by March 3, 2003.

b. All nondispositive motions and supporting documents, including those which relate to dicovery shall be served by March 3, 2003.

Expert Disclosure and Discovery

a. Disclosure of the identity of expert witnesses under Rule 26(a)(2)(A) shall be made as follows:

1) By all Parties on or before April 1, 2003, with respect to initial experts;

2) By all Parties on or before May 1, 2003, with respect to rebuttal experts.

SEP 1 0 2002
FILED
RICHARD [illegible]
JUDGMENT [illegible]
DEP [illegible]

b. Full disclosure of the substance of the testimony to be offered by each expert shall be made as follows:

1) By all Parties on or before April 1, 2003, with respect to initial expert reports;

2) By all Parties on or before May 1, 2003, with respect to rebuttal expert reports.

c. Each party may depose no more than 5 expert witneses on or before August 1, 2003.

Dispositive Motions

All dispositive motions shall be filed and scheduled for hearing prior to November 3, 2003.

Trial

This case shall be ready for trial on or after December 1, 2003.

Dated Sept 10, 2002

Frankin L. Noel
United States District Court Magistrate Judge