**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | | |
|---|---|---|
| Viseon, Inc.,<br><br>Plaintiff,<br><br>v.<br><br>Tandberg ASA, (a Norwegian Company); Tandberg Inc.; and NV Holdings, Inc,<br><br>Defendants. | ) | Civil Action No. 01-CV-826 JMR/FLN<br><br>**STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE** |

Plaintiff Viseon, Inc. and defendants-counterclaimants Tandberg ASA, Tandberg Inc., and NV Holding Inc., by and through their undersigned counsel, hereby stipulate and agree, pursuant to Rule 41 of the Federal Rules of Civil Procedure, to the dismissal of this action, including all claims and counterclaims, without prejudice, with each party to bear its own respective costs and fees.

Date: December 19, 2002.

**MERCHANT & GOULD P.C.**

Robert T. Edell #25,616
Erik G. Swenson #288,445
3200 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
Telephone: (612) 332-5300

Attorneys for Plaintiff Viseon, Inc.

FILED DEC 2 6 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Date: December 19, 2002.

**FAEGRE & BENSON LLP**

David J.F. Gross #208772
Kenneth A. Liebman #236731
Theodore M. Budd #314778
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-3901
Telephone: (612) 766-7000

Attorneys for Defendant Tandberg ASA

Date: December 19, 2002.

**KINNEY & LANGE, P.A.**

David R. Fairbairn #28,125
Diana M. Colling, #284,968
Alan M. Koenck, #268,926
R. Michael Reed, #287,799
312 South Third Street
Minneapolis, MN 55414
Telephone: (612) 339-1863

Attorneys for Defendants Tandberg, Inc. and NV Holdings, Inc.

## ORDER

**IT IS HEREBY ORDERED:**

This action, including all claims and counterclaims, is dismissed with prejudice, with each party to bear its own respective costs and fees.

Date: December 20th, 2002.

James M. Rosenbaum
United States Chief District Judge

M2:20510895.01